## Sophia Berg, Appellee, v. Charles Fisher, Appellant.

### Gen. No. 17,992.  (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. Harry Higbee, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 15, 1913.

### Statement of the Case.

Action by Sophia Berg against Charles Fisher to recover for personal injuries sustained by plaintiff by being struck by an automobile belonging to defendant. From a judgment in favor of plaintiff for one thousand dollars, defendant appeals.

Pain, Campbell & Kasper, for appellant; Charles E. Pain, of counsel.

Frank A. Rockhold and Francis X. Busch, for appellee.

Mr. Justice Baume delivered the opinion of the court.

### Abstract of the Decision.

1. Automobiles, § 2*—*when evidence sufficient to sustain verdict for injuries.* In an action for personal injuries sustained by plaintiff by being struck by an automobile while attempting to cross a street after alighting from a street car, the evidence *held*, sufficient to support a verdict for plaintiff.

2. Automobiles, § 3*—*when evidence not conclusive as to contributory negligence.* In action for injuries resulting from being struck by an automobile, testimony concerning statements of plaintiff that it was as much her fault as it was the defendant's, *held*, not conclusive against plaintiff on question of contributory negligence.

3. Automobiles, § 3*—*admissibility of evidence.* Refusal of court to strike out the testimony of a witness relative to the automobile and the speed at which it was traveling, *held*, not error though he was unable to positively identify the auto as the one belonging to the defendant.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.